## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

*Filed Electronically*

IN RE:

                                    ⋮      CHAPTER 7

ARVIN LEO WRIGHT              ⋮

                                      ⋮      CASE NUMBER: 17-32710

               DEBTOR          ⋮

                                      ⋮      HON. THOMAS H. FULTON

### Order

Upon consideration of the Motion of the United States Trustee to reopen this case and direct appointment of a trustee, it appearing that the motion is well-founded and cause is present to reopen the case, The Court hereby

ORDERS that the above-captioned case is reopened, and further

ORDERS the United States Trustee to appoint a trustee in this case.

*Tendered by:*


/s/ *Charles R. Merrill*
Charles R. Merrill
Assistant United States Trustee
United States Department of Justice
Office of the U.S. Trustee
601 W. Broadway, Suite 512
Louisville, KY  40202
(502) 582-6000
Email: Charles.Merrill@usdoj.gov

Thomas H. Fulton
United States Bankruptcy Judge

Dated:  October 9, 2018