UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ARVIN LEO WRIGHT | ) | CASE NO. 17-32710 |
|     Debtor | ) | Chapter 7 |
| _____ | ) | |

**MOTION FOR AUTHORITY TO PAY DEBTOR'S
EXEMPTION OF 4104 MASON WOODS LANE**

    Wm. Stephen Reisz, trustee of the bankruptcy estate of Arvin Leo Wright, moves this court to pay Debtor's exemption of 4101 Mason Woods Lane in the amount of $10,800.

    To support this motion, Trustee states that on his amended Schedule C [Doc 25], filed October 25, 2018, debtor claimed an exemption under 11 U.S.C. §522(d)(5) for his interest in 4101 Mason Woods Lane, Daviess County. No objections were filed to the exemption claim. Trustee has received $15,943.13 surplus funds from the Daviess County Commissioner in the forclosure proceeding of that property. A copy of the Order Directing Distribution of Monies in that foreclosure proceeding is attached as Exhibit 1.

    WHEREFORE, Trustee request this Court authorize the payment of Debtor's exemption in the amount of $10,800.00 for his interest in 4101 Mason Woods Lane, Daviess County.

    Respectfully submitted,

    /s/ Wm. Stephen Reisz
Wm. Stephen Reisz, Trustee
401 W. Main St., Ste. 1400
Louisville, Kentucky 40202
(502) 584-1000

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was on May 10, 2019 sent electronically through the US Bankruptcy Court's ECF system at the electronic addresses set forth in the ECF system to all other parties receiving electronic notifications in this case.

  /s/ Wm. Stephen Reisz
Wm. Stephen Reisz