Date:       September 28, 2018

To:         Mr. Casey O'Bryan
            Attorney at Law
            O'Bryan Law Office
            1717 Alliant Ave. Ste. 17
            Louisville, Ky. 40299

From:       Leo Wright
            8021 Christian Court, Unit 327
            Louisville, Ky. 40222

Subject:    Distribution of Funds

Casey:

   Attached is an order directing distribution of monies from the sale of my property at 4104 Mason Woods Lane, Owensboro, Ky. 42303. As noted, the remaining funds are $15, 943.13, which I understand to be mine.

   I talked today with the Master Commissioners Office of Daviess County, (270) 684-3595 regarding the distribution of these funds. She is not aware of any other funds to be disbursed relating to this property.

   The Master Commissioner stated that I contact my attorney and request a motion be filed on my behalf to have these funds dispersed to me. I am requesting that you do so. If there is a reason why we cannot, please let me.

   Thank you for your help and I look forward to hearing from you soon.

Respectfully,

*[signature]*

Exhibit 1

COMMONWEALTH OF KENTUCKY
DAVIESS CIRCUIT COURT
DIVISION I
CIVIL ACTION NO. 18-CI-00010

INDEPENDENCE BANK                                                                          PLAINTIFF

vs.

LEO WRIGHT (a/k/a ARVIN LEO WRIGHT), et al                              DEFENDANTS

### ORDER DIRECTING DISTRIBUTION OF MONIES

This matter having come before the Court for hearing on Motion of Plaintiff, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the sale proceeds of $149,500.00 shall be distributed as follows:

| | |
|---|---:|
| Sales price | $149,500.00 |
| Less: | |
|    Commissioner's Fees | $2,517.50 |
|    Appraisal Fee | $200.00 |
|    Report Fee | $50.00 |
|    Confirmation Fee | $50.00 |
|    Final Accounting Fee | $50.00 |
|    Deed Fee | $50.00 |
|    Direct Expense | $24.50 |
|    Independence Bank | $130,614.87 |
| Balance (pending further Orders of the Court) | $15,943.13 |

This the _3_ day of _May_____, 2018.

_____
Judge, Daviess Circuit Court, Division I

_____
Master Commissioner, Daviess Circuit Court

(270) 684-3595
Master Comm Office

1

ENTERED
MAY 03 2018
SUSAN TIERNEY, CLERK
BY: _____ D.C.

Exhibit 1

SUBMITTED BY:

_____
Terra W. Knight
THACKER, HODSKINS & KNIGHT, LLP
209 West Fourth Street
Owensboro, Kentucky 42303
Phone: (270) 926-4500
Fax: (270) 926-1975
*Attorney for Independence Bank*

<u>Clerks Distribution List:</u>
Terra W. Knight
THACKER, HODSKINS & KNIGHT, LLP
209 West Fourth Street
Owensboro, Kentucky 42303

Leo Wright (a/k/a Arvin Leo Wright)
8021 Christian Court #327
Louisville, Kentucky 40222

Hon. Richard T. Ford
Attorney at Law
4921 Goetz Drive, Suite 3
Owensboro, Kentucky 42301
*Attorney for Spring Bank Towne House Residents Association, Inc.*
Hon. Stephen D. Lynn

Hon. Stephen Lynn
P.O. Box 10003
Owensboro, Kentucky 42302-9003
*Attorney for City of Owensboro*

Hon. Claud Porter
P.O. Box 58
Owensboro, Kentucky 42302
*Attorney for Daviess County, Kentucky*