UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                               )
                                     )
ARVIN LEO WRIGHT                     )    CASE NO. 17-32710
    Debtor                           )    Chapter 7
_____  )

**<u>ORDER AUTHORIZING PAYMENT OF EXEMPTION</u>**

    Upon the motion of Wm. Stephen Reisz, trustee, and the Court being otherwise sufficiently advised, it is

    ORDERED that Trustee is authorized to pay debtor, Arvin Leo Wright, $10,800 for his exemption of his interest in 4101 Mason Woods Lane, Daviess County.

Tendered By:
Wm. Stephen Reisz, Trustee
401 W. Main St., Ste. 1400
Louisville, Kentucky 40202
(502) 584-1000